UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BABAYAN,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS DESEAN GOODSPEED, et al.,<br><br>Defendants. | Case No. 5:25-cv-10329-EKL<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO SERVE**<br><br>Re: ECF No. 10 |

On November 2, 2025, Plaintiff filed the complaint in this action. ECF No. 1. Under Federal Rule of Civil Procedure 4(m), Plaintiff had 90 days from the date the complaint was filed to serve the Defendant. That period expired on February 2, 2026.

On March 4, 2026, Magistrate Judge Susan van Keulen ordered Plaintiff to file a status report as to the status of service by March 11, 2026. ECF No. 4. No status report was filed by March 11, 2026. On March 23, 2026, Magistrate Judge Susan van Keulen recommended that Plaintiff's complaint be dismissed without prejudice for failure to prosecute (the "Report and Recommendation"), and the action was reassigned to this Court. ECF No. 5.

On March 24, 2026, Plaintiff filed a waiver of service as to Defendant John Atala, ECF No. 7. On April 1, 2026, Plaintiff timely filed an objection to the Report and Recommendation, stating that the prosecution of this case had been delayed due to excusable neglect and that service on Defendant Carlos Desean Goodspeed would be completed "in a couple of weeks." ECF No. 10. That same day, Plaintiffs filed *ex parte* applications to dismiss Defendants Daemon Saint, ECF No. 10, and Brian Creem, ECF No. 11. The Court confirmed the dismissals of Defendants Saint, ECF No. 17, and Creem, ECF No. 18, on April 6, 2026. As of the date of this Order, Plaintiff has not filed a proof of service as to Defendant Goodspeed.

Pursuant to Federal Rule of Civil Procedure 73(b)(3), the Court OVERRULES the objection as there was no error in the Report and Recommendation. Given the changed circumstances, the Court MODIFIES the Report and Recommendation, and issues an order to show cause as to Plaintiff's failure to service Defendant Goodspeed. Plaintiff shall complete service by May 7, 2026, or must show cause as to why Defendant Goodspeed should not be dismissed without prejudice for lack of timely service. Any response to the order to show cause must be in writing and filed no later than May 7, 2026.

**IT IS SO ORDERED.**

Dated: April 7, 2026

Eumi K. Lee
United States District Judge

United States District Court
Northern District of California

2