Beilal Chatila (California SBN 314413)
CHATILA LAW
1410 48th Avenue
San Francisco, CA 94122
Ph: (888) 567-9990
Email: chatilalaw@gmail.com

Attorneys for Plaintiff Michael Babayan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **MICHAEL BABAYAN,**<br><br>Plaintiff,<br><br>v.<br><br>**CARLOS GOODSPEED, et al,**<br><br>Defendants. | CASE NO. 5:25−cv−10329-EKL<br><br>**EX PARTE APPLICATION AND ORDER FOR VOLUNTARY DISMISSAL OF CASE** |

The Plaintiff in the above-entitled case requests the dismissal of all causes of action against all defendants with prejudice in the above-entitled case.

DATE: August 4, 2026

Beilal Chatila
BEILAL CHATILA,
COUNSEL FOR MICHAEL BABAYAN

SO ORDERED:

DATE: August 18, 2026

HON. EUMI K. LEE
JUDGE OF THE SUPERIOR COURT